UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SALVADOR OROZCO-CARRASCO, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO.   07-322M <br><br> DETENTION ORDER |

Offense charged:

    Count I:    Felon in Possession of a Firearm, in violation of Title 18, U.S.C., Section 922(g)(1).

Date of Detention Hearing: July 10, 2007

    The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Andrew Colasurdo.  The defendant was represented by Nancy Tenney.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1) The defendant has an active warrant filed against him and a history of failing to appear.  He is therefore viewed as a risk of non-appearance.

    (2) He is a citizen of Mexico and a BICE detainer has been filed to which the defendant stipulated.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

    **It is therefore ORDERED:**

DETENTION ORDER
PAGE -1-

1. (l)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;
2. (2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. (3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. (4)  The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 12th day of July, 2007.

_____
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-